IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELONIE ANN FISHER,<br><br>                Plaintiff,<br><br>vs.<br><br>PIONEER FARM EQUIPMENT CO.,<br><br>                Defendant. | Case No.  CIV 09-208-E-EJL<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the parties' Stipulation for Dismissal With Prejudice, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-entitled action is dismissed with prejudice, and all parties to bear their own costs and attorney fees.

DATED: **August 30, 2010**

_____
Honorable Edward J. Lodge
U. S. District Judge